CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ACKLEY, et al.

_____
Plaintiff(s)

vs.                                                                Civil Action No.: __20-cv-621 (BAH)__

ISLAMIC REPUBLIC OF IRAN

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

ISLAMIC REPUBLIC OF IRAN
c/o Minister of Foreign Affairs, Ministry of Foreign Affairs
Imam Khomeini Street
Imam Khomeini Square
Tehran, Iran 1136914811

by: (check one)      ☐      certified or registered mail, return receipt requested
                     ☐      DHL
                     ☑      Fed Ex

pursuant to the provisions of: (check one)
                     ☐      FRCP 4(f)(2)(C)(ii)
                     ☑      28 U.S.C. § 1608(a)(3)
                     ☐      28 U.S.C. § 1608(b)(3)(B)
                     ☐      28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country):
__IRAN_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Joshua M. Ambush
_____
(Signature)

Joshua M. Ambush
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208

(Name and Address)