THE LAW OFFICE OF
# JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD, SUITE 303, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330
jambush@ambushlaw.com

March 31, 2020

Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

*Via electronic filing & hand delivery*

> Re:   *Ackley et al., v. Islamic Republic of Iran*
>       Civil Action No. 1:20-cv-621-BAH
>       Request for Service of Process on Defendant Islamic Republic of Iran Pursuant to 28 U.S.C. § 1608(a)(3).

Dear Ms. Caesar:

In connection with the above-captioned case, I am writing to request service by the Clerk of the Court of the Complaint, Summons, and Notice of Suit in this case, pursuant to 28 U.S.C. § 1608(a)(3), on defendant the Islamic Republic of Iran.

I am enclosing a copy of the Affidavit Requesting Foreign Mailing and a copy of the Notice of Electronic Filing.

For purposes of service, the above named defendant is considered the "foreign state" of the Islamic Republic of Iran under 28 U.S.C. §1608(a).

This case was brought under 28 U.S.C. § 1605A against the defendant for material support of terrorism in the Khobar Towers bombing in Saudi Arabia.  Because this case is governed by the Foreign Sovereign Immunities Act, service of the Complaint, Summons, and Notice of Suit must be made by attempting those methods listed in 28 U.S.C. § 1608(a)(1)-(4) in the order that they are listed in the statute. Service on Iran cannot be made pursuant to subsections (a)(1) or (a)(2) of Section 1608 because Iran has not entered into any special agreement regarding service with plaintiffs and because Iran is not a signatory to any applicable international agreement regarding service.

Section 1608(a)(3) of the FSIA requires a copy of the Complaint, Summons, and Notice of Suit to be sent, with translations of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the Clerk of the Court to the head of the ministry of foreign affairs of the foreign state.

Please find enclosed the Complaint, Summons, Notice of Suit, with certified translations into Farsi of each, and a copy of the Foreign Sovereign Immunities Act.  Please effect service on defendant Iran through Federal Express, using the enclosed Federal Express International Air

Waybill.  Please use my Federal Express account number, 485161325.  The waybill is blank except for my Payer Account Number.

The pre-addressed envelope is attached for your processing.  Please send the package to the defendant at the following address:

> Mohammad Javad Zarif, Minister of Foreign Affairs
> Islamic Republic of Iran
> Ministry of Foreign Affairs
> Imam Khomeini Street
> Imam Khomeini Square
> Tehran, Iran 1136914811

Thank you for your assistance in this matter.  Please do not hesitate to contact me with any questions.

Sincerely,

/s/ Joshua M. Ambush

Joshua M. Ambush

JMA/sg
Enclosures