CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ACKLEY, et al.

_____
Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN

Civil Action No.: __20-cv-621 (BAH)__

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants): Diplomatic service through the United States Department of State on Defendant Islamic Republic of Iran

United States Department of State
Director of Special Consular Services
CA/OCS/L, SA-17, 10th Floor
Washington, DC 20522-1710     Attn: FSIA

by: (check one)
- [ ] certified or registered mail, return receipt requested
- [ ] DHL
- [x] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [ ] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [x] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): __IRAN_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Joshua M. Ambush
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208

(Name and Address)