**FedEx Express Package US Airbill**

8160 0738 6466    0215 Form ID No.

**1 From**

Sender's FedEx Account Number: 4851-6132-5

Sender's Name: JOSHUA AMBUSH
Phone: 410 484-2070

Company: LAW OFFICES OF JOSHUA M. AMBUS

Address: 106 OLD COURT RD STE 303

City: PIKESVILLE   State: MD   ZIP: 21208-4076

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Mr. Jared V. Hess, Esq
Phone: 202-485-6173

Company: The U.S. Department of State

Address: CA/OSCL,

Address: SA-17 10th Floor

City: Washington   State: DC   ZIP: 20522-1710

**4 Express Package Service**

- 06 FedEx First Overnight
- 01 FedEx Priority Overnight
- 05 FedEx Standard Overnight
- 49 FedEx 2Day A.M.
- 03 FedEx 2Day
- 20 FedEx Express Saver

**5 Packaging**

- 06 FedEx Envelope*
- 02 ✗ FedEx Pak*
- 03 FedEx Box
- 04 FedEx Tube
- 01 Other

**6 Special Handling and Delivery Signature Options**

- 03 Saturday Delivery
- No Signature Required
- 10 Direct Signature
- 34 Indirect Signature

Does this shipment contain dangerous goods?
- No 04 ✗
- Yes (As per attached Shipper's Declaration)
- Yes (Shipper's Declaration not required) 06
- Dry Ice
- Cargo Aircraft Only

Hold Weekday — 01
Hold Saturday — 31

**7 Payment** Bill to:

- 1 Sender ✗
- 2 Recipient
- 3 Third Party

Total Packages: 1   Total Weight: 1 lbs   Total Declared Value: $ 0.00

0135568352

8160 0738 6466

Rev. Date 3/19 • Part #163134 • ©1994-2019 FedEx • PRINTED IN U.S.A.

611