`IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID J. ACKLEY, JR., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.  1:20-cv-621 (BAH) |
| | * | |
| ISLAMIC REPUBLIC | * | |
| OF IRAN, | * | |
| | * | |
| Defendant. | * | |

*********************************************************************************

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PROPER PARTY

Carrie Deanna Hillabrant, Independent Executrix of the Estate of Gregory Martin Hillabrant, files

this Suggestion of Death and Motion to Substitute Proper Party and states as follows:

1.     Gregory Martin Hillabrant, a plaintiff in this case, died on February 28, 2020.  A

redacted copy of his death certificate is attached hereto.

2.     Carrie Deanna Hillabrant, his wife, received letters testamentary appointing her as

Independent Executrix of the Estate of Gregory Martin Hillabrant on December 18, 2020.  A copy

is attached hereto.

3.     Pursuant to Fed. R. Civ. P. 25, Carrie Deanna Hillabrant, as Independent Executrix

of the Estate of Gregory Martin Hillabrant, moves to be substituted as the proper party for the

decedent.

WHEREFORE, Carrie Deanna Hillabrant requests the Court to substitute Carrie Deanna

Hillabrant, Independent Executrix of the Estate of Gregory Martin Hillabrant, as plaintiff in this

case for all purposes and to recover any and all relief to which Gregory Martin Hillabrant may be

entitled.

Dated: December 22, 2020                                    Respectfully submitted,


                                                     _____*/s/ Joshua M. Ambush*_
                                                          Joshua M. Ambush
                                                          Bar No. MD 27025
                                            Law Offices of Joshua M. Ambush, LLC
                                                   106 Old Court Road, Suite 303
                                                    Baltimore, Maryland 21208
                                                      Phone: (410) 484-2070
                                                    Facsimile: (410) 484-9330
                                                      joshua@ambushlaw.com