STATE OF TEXAS
CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Mar 04 2020

| STATE OF TEXAS | CERTIFICATE OF DEATH | STATE FILE NUMBER | 142-20-032755 |
|---|---|---|---|

| 1 LEGAL NAME OF DECEASED (include AKA's, if any) (First, Middle, Last) | (Before Marriage) | 2 DATE OF DEATH — ACTUAL OR PRESUMED (mm-dd-yyyy) FEBRUARY 28, 2020 |
|---|---|---|
| GREGORY MARTIN HILLABRANT | | |

| 3 SEX | 4 DATE OF BIRTH (mm-dd-yyyy) | 5 AGE-Last Birthday (Years) | IF UNDER 1 YR Mo Days | IF UNDER 1 DAY Hours Min | 6 BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | REDACTED | 48 | | | DOVER, NJ |

| 7 SOCIAL SECURITY NUMBER | 8 MARITAL STATUS AT TIME OF DEATH | 9 SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage) |
|---|---|---|
| REDACTED | [X] Married  [ ] Widowed (but not remarried)  [ ] Divorced (but not remarried)  [ ] Never Married  [ ] Unknown | CARRIE BISCHOFF |

| 10a RESIDENCE STREET ADDRESS | 10b APT. NO. | 10c CITY OR TOWN |
|---|---|---|
| REDACTED | | REDACTED |

| 10d COUNTY | 10e STATE | 10f ZIP CODE | 10g INSIDE CITY LIMITS? |
|---|---|---|---|
| REDACTED | REDACTED | REDACTED | REDACTED |

| 11 FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | 12 MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| JOHN CHARLES HILLABRANT | JANE M YOUREY |

13 PLACE OF DEATH (CHECK ONLY ONE)

| IF DEATH OCCURRED IN A HOSPITAL | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL |
|---|---|
| REDACTED | REDACTED |

| 14 COUNTY OF DEATH | 15 CITY/TOWN ZIP (IF OUTSIDE CITY LIMITS GIVE PRECINCT NO) | 16 FACILITY NAME (If not institution, give street address) |
|---|---|---|
| REDACTED | REDACTED | REDACTED |

| 17 INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18 MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| REDACTED | REDACTED |

| 19 METHOD OF DISPOSITION | 20 SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21 [X] Unknown |
|---|---|---|
| REDACTED | REDACTED | Section ___  Block ___ |

| 22 PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23 LOCATION (City/Town, and State) | Lot ___ |
|---|---|---|
| REDACTED | REDACTED | Space ___ |

| 24 NAME OF FUNERAL FACILITY | 25 COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| REDACTED | REDACTED |

26 CERTIFIER (Check only one)
[X] Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
[ ] Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

| 27 SIGNATURE OF CERTIFIER | 28 DATE CERTIFIED (mm-dd-yyyy) | 29 LICENSE NUMBER | 30 TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| REDACTED | MARCH 4, 2020 | REDACTED | REDACTED |

| 31 PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32 TITLE OF CERTIFIER |
|---|---|
| REDACTED | MD |

33 PART 1 ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

Approximate interval Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death) →

REDACTED

REDACTED

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

| PART 2 ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | 34 WAS AN AUTOPSY PERFORMED? REDACTED |
|---|---|
| REDACTED | 35 WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? REDACTED |

| 36 MANNER OF DEATH | 37 DID TOBACCO USE CONTRIBUTE TO DEATH? | 38 IF FEMALE | 39 IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| REDACTED | REDACTED | [ ] Not pregnant within past year  [ ] Pregnant at time of death  [ ] Not pregnant, but pregnant within 42 days of death  [ ] Not pregnant, but pregnant 43 days to one year before death  [ ] Unknown if pregnant within the past year | [ ] Driver/Operator  [ ] Passenger  [ ] Pedestrian  [ ] Other (Specify) |

| 40a DATE OF INJURY (mm-dd-yyyy) | 40b TIME OF INJURY | 40c INJURY AT WORK? [ ] Yes [ ] No | 40d PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|

| 40e LOCATION (Street and Number, City, State, Zip Code) | 40f COUNTY OF INJURY |
|---|---|

41. DESCRIBE HOW INJURY OCCURRED

| 42a REGISTRAR FILE NO. | 42b DATE RECEIVED BY LOCAL REGISTRAR | 42c REGISTRAR |
|---|---|---|
| 02003638 | MARCH 4, 2020 | *Tara* |

JON

EDR NUMBER  000044444674904

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED  Mar 05 2020

*Tara Das*
TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

THE STATE OF TEXAS

DEPARTMENT OF STATE HEALTH SERVICES · STATE OF TEXAS · VITAL STATISTICS

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VS-112 REV 1/2006

QA16151542

Ackley et al. v. Iran 1:20-cv-621 (BAH)