NO. 202804

## ESTATE OF
### GREGORY MARTIN HILLABRANT

# LETTERS OF TESTAMENTARY

## TO

## CARRIE DEANNA HILLABRANT

**Issued this 18th day of December, 2020**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN COUNTY COURT** |
| | § | |
| | § | |
| **COUNTY OF MASON** | § | **MASON COUNTY, TEXAS** |

I, PAM BEAM, Clerk of the COUNTY COURT of Mason County, Texas, do hereby certify that on December 18, 2020, CARRIE DEANNA HILLABRANT was by said Court duly granted Letters of Testamentary of the Estate of

**GREGORY MARTIN HILLABRANT, deceased**

and that she qualified as Independent Executrix of said Estate on the 18th day of December, 2020 as the law requires, and that said appointment is still in full force and effect.

WITNESS MY HAND AND SEAL OF SAID COURT, at Mason, Texas the 18th day of December, 2020.



**PAM BEAM, COUNTY CLERK**
**MASON COUNTY, TEXAS**

By *Cindy Kothmann*
CINDY KOTHMANN, DEPUTY CLERK