`IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID J. ACKLEY, JR., *et al.*,          *
                                         *
        Plaintiffs,                      *
                                         *
    v.                                   *          Case No.  1:20-cv-621 (BAH)
                                         *
ISLAMIC REPUBLIC                         *
OF IRAN,                                 *
                                         *
        Defendant.                       *
********************************************************************************

## [PROPOSED] ORDER

Upon consideration of the Motion for Substitution of Proper Party filed by Carrie Deanna Hillabrant in her capacity as the Independent Executrix of the Estate of Gregory Martin Hillabrant, a plaintiff herein, and it appearing that good cause exists for the granting of such Motion, it is therefore ORDERED that the Motion for Substitution of Proper Party is GRANTED.

Carrie Deanna Hillabrant, in her capacity as Independent Executrix of the Estate of Gregory Martin Hillabrant, is hereby substituted for deceased plaintiff Gregory Martin Hillabrant as a plaintiff in this case for all purposes and to recover any and all relief to which Gregory Martin Hillabrant may be entitled.

SO ORDERED.


DATE:  _____          _____
                                      The Honorable Beryl A. Howell
                                      Chief Judge