**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DAVID J. ACKLEY, JR., *et al.*,          *
                                                         *
          Plaintiffs,                              *
                                                         *
          v.                                           *          Case No.  1:20-cv-621 (BAH)
                                                         *
ISLAMIC REPUBLIC                        *
OF IRAN,                                        *
                                                         *
          Defendant.                            *
**********************************************************************

<u>**DECLARATION OF MICHAEL D. WEIMER**</u>

I, **MICHAEL D. WEIMER**, being competent to testify to the facts stated herein, and pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.        I currently reside at            REDACTED            .

2.        I was born on REDACTED in Fairfax County, Virginia.  A true and correct copy of my birth certificate is attached hereto as Exhibit 1.

3.        I am a citizen of the United States and have been so my entire life. A true and correct copy of my U.S. passport card is attached hereto as Exhibit 2.

4.        I am the brother of Aaron R. Weimer, a United States citizen and a member of the United States Air Force who was seriously injured in the Khobar Towers bombing. A true and correct copy of Aaron's birth certificate is attached hereto as Exhibit 3.

5.         Aaron was a plaintiff in *Schooley v. Islamic Republic of Iran*, 17-1376 (D.D.C. 2019) and was awarded damages for the injuries he sustained in the Khobar Towers bombing.

6.        Aside from the above captioned case, I have not taken any legal action related to the bombing of Khobar Towers in Dhahran, Saudi Arabia on June 25, 1996.

JOSHUA M.
AMBUSH
ATTORNEY AT
LAW
106 OLD COURT
RD.
SUITE 303
BALTIMORE, MD
21208

7.      On June 25, 1996 my brother, Aaron R. Weimer, was a service member in the United States Air Force deployed to Dhahran, Saudi Arabia.  He was quartered at Khobar Towers, a housing complex for United States Air Force personnel, when terrorists detonated a truck bomb next to the complex. Aaron was watching television in his Khobar Towers dormitory when the sliding glass door exploded inward, and he heard the loudest noise he'd ever heard.  He helped evacuate other victims and rendered first aid to injured service members. Aaron developed severe PTSD as a result of the bombing and was given a disability rating by the V.A.

8.      At the time of the attack, I was living in the Washington, D.C. area. I learned about the attack on Khobar Towers from the local television news on the afternoon of June 25, 1996, around 2:00 p.m. I was in shock with worry about Aaron and in fear for my brother's life. Aaron and I are very close, and the wait for information was agonizing.

9.      My parents attempted to find out any information they could from the U.S. Air Force and the U.S. Department of State but received no information regarding my brother.

10.     Aaron was able to call from Saudi Arabia about six hours after the news reported on it. It wasn't until his phone call that we knew for sure he was safe.

11.     My brother suffered no physical injuries as a result of the incident, as he was one of a few people that were helping rescue those that were injured, but he has experienced mental and emotional issues as a direct result of the bombing.

12.     I was able to see my brother sometime in November of 1996 when he came home after his deployment, approximately four months after the incident.

13.      I suffered emotional distress directly after the bombing. We have a very close family and all of us were very concerned for Aaron's safety.  When we found out that he didn't suffer any physical injuries as a result of the bombing we were a little relieved.

14.      However, once Aaron came home and the emotional and mental injuries from the bombing started surfacing in the form of substance abuse, I started becoming more concerned for his safety and for his future with his family. I have been dealing with this ever since.

15.      I have been assisting my brother as a caregiver ever since the bombing took place. He has substance abuse problems, as well as emotional issues that are a direct result of the trauma he endured during that time. I am the one he calls when he is going through rough times. I have been there for him, giving him advice, helping him through whatever issue he is experiencing at the time, offering him a place to stay when things are getting rough around his home. I am there for him anytime he needs me.

16.      I took a day off work when the bombing happened, and I have had to take time off work occasionally when things in his life become too much for him and he needs family by his side.

17.      The bombing of Khobar Towers has dramatically affected my life. I have had to try to help my brother pick up the pieces in his personal life or his family life whenever he needs me, which is often quite a lot. My parents and I have had many arguments with my wife over needing to be there for him when he needs me or offering him a place to live when he almost got divorced because of his substance abuse issues because of that day. I am sometimes conflicted about always being available for him anytime he needs me because I have a family of my own now, but he went through a very terrible thing

JOSHUA M.
AMBUSH
ATTORNEY AT
LAW
106 OLD COURT
RD.
SUITE 303
BALTIMORE, MD
21208

REDACTED

that no one should have to go through defending our country. How can I not be there for him when he needs me?

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: 8/26/21
          Date

Signature: _____

JOSHUA M.
AMBUSH
ATTORNEY AT
LAW
106 OLD COURT
RD.
SUITE 303
BALTIMORE, MD
21208

4
REDACTED

# Exhibit 1



**CERTIFICATE OF VITAL RECORD**

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

## COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

### CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER:    REDACTED

NAME OF REGISTRANT:    MICHAEL DAVID WEIMER

DATE OF BIRTH:    REDACTED          SEX:    MALE

PLACE OF BIRTH:    FAIRFAX COUNTY, VIRGINIA

MAIDEN NAME OF MOTHER:    REDACTED

AGE OF MOTHER:

MOTHER'S PLACE OF BIRTH:

NAME OF FATHER:

AGE OF FATHER:

FATHER'S PLACE OF BIRTH:

DATE RECORD FILED:

REDACTED

is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department of Health, Richmond, Virginia

DATE ISSUED    **November 27, 2002**

Deborah Little-Bowser, State Registrar

Do not accept unless on security paper with seal of Vital Statistics clearly impressed. Section 32.1-272, Code of Virginia, as amended.

VS 15B

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

REDACTED

# Exhibit 2

REDACTED





# Exhibit 3

REDACTED



CERTIFICATE OF VITAL RECORD
VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

# COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

## CERTIFICATE OF LIVE BIRTH

**STATE FILE NUMBER:**   REDACTED

**NAME OF REGISTRANT:**   **AARON RICHARD WEIMER**

**DATE OF BIRTH:**   REDACTED          **SEX:**   **MALE**

**PLACE OF BIRTH:**   **MANASSAS, VIRGINIA**

**MAIDEN NAME OF MOTHER:**   REDACTED

**AGE OF MOTHER:**

**MOTHER'S PLACE OF BIRTH:**

**NAME OF FATHER:**

**AGE OF FATHER:**

**FATHER'S PLACE OF BIRTH:**

**DATE RECORD FILED:**



This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED    **November  26, 2002**

Deborah Little-Bowser, State Registrar

Do not accept unless on security paper with seal of Vital Statistics clearly impressed. Section 32.1-272, Code of Virginia, as amended.                VS 15B

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

REDACTED