**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |
|---|
| DAVID J. ACKLEY, JR. *et al.*, |
| Plaintiffs, |
| v. |
| ISLAMIC REPUBLIC OF IRAN, |
| Defendant. |

Civil Action No. 20-cv-621 (BAH)

Chief Judge Beryl A. Howell

**<u>ORDER</u>**

Upon consideration of plaintiffs' Motion to Take Judicial Notice of Prior Related Cases and for Entry of Default Judgment as to Liability, ECF No. 24, plaintiffs' Motion for Final Judgment as to Damages, ECF No. 27, the legal memoranda in support of the motions, the exhibits and declarations submitted in support of the motions, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that, upon finding that plaintiffs have established their "claims or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e), plaintiffs' motions are **GRANTED**; and it is further

**ORDERED** that defendant shall be liable for compensatory damages in the amount of $533,750,000 and punitive damages in the amount of $533,750,000, resulting in a total award of $1,067,500,000, which shall be allocated in the following manner:

- Service-member plaintiffs Lisa M. Cafiero, Zachary J. Capogna, Jason D. Carley, Manuel J. Carrasco, Jeffrey Conrad, Jason B. Dixon, Christopher O. Doggett, Bryan W. Fox, John P. Garcia, Jr., Carl R. Hamilton, Jr., Jeffrey L. Hill, Rodney Houston, Roger K.

1

Kaalekahi IV, David A. Krueger, David W. Long, Sr., John G. McCarthy, Flor D.
Morales, Mark W. O'Toole, Eldred E. Pailin, Jeremy L. Parratt, Michael J. Perfetti,
Rafael Rivera, Jr., David C. Robinson, Trena W. Schmidt, Michael S. Spencer, Billy J.
Stewart, and Robert K. Young are each entitled to $7,000,000 in pain and suffering
damages and $7,000,000 in punitive damages;

- Service-member plaintiffs Sandra J. Beneway, Benjamin C. Depweg, Craig J. Dick,
George G. Dyer III, Steven D. Garcia, Richard R. Jiron, Christopher E. Marsh, Jason L.
Melvin, Morris M. Myers, Jr., William G. Neff, Elisha J. Novell, Pascha R. Payton,
Andre L. Stanton, and Anthony J. Whiting are each entitled to $6,000,000 in pain and
suffering damages and $6,000,000 in punitive damages;

- Service-member plaintiffs Andre L. Bedgood, Dallas W. Croft, Carrie L. Dobos, Terry
M. Dunn, Jr., Alfredo R. Guerrero, the estate of Gregory M. Hillabrant, Steven Jaronsky,
Shane Rechcygl are each entitled to $5,000,000 in pain and suffering damages and
$5,000,000 in punitive damages;

- Service-member plaintiffs David J. Ackley, Jr. and Rita G. Ackley are each entitled to
$3,000,000 in pain and suffering damages and $3,000,000 in punitive damages, and as
spouses, an additional $2,000,000 in solatium damages and $2,000,000 in punitive
damages each;

- Plaintiff spouse April A. Widdis is entitled to $2,000,000 in solatium damages and
$2,000,000 in punitive damages;

- Plaintiff spouses Mari E. DeLacy, Gretchen A. Capogna, Kirsten I. Carrasco, Teresa
Conrad, Juli A. Croft, Donna J. Dixon, Edward C. Dobos, Autumn Hamilton O'Brien,
Brandy O. Jiron, Valerie M. Kaalekahi, Cynthia A. Long, Stacey L. O'Toole, and Talena

M. Spencer are each entitled to $4,000,000 in solatium damages and $4,000,000 in punitive damages;

- Plaintiff parents Elizabeth A. Bedgood, Philip W. Brown, Karen M. Voie, John H. Capogna, Allia M. Coleman, Kathleen A. Dick, Craig W. Dick, Anne M. French, Charles D. French, Sherrie K. McBride, Vicki L. Dunn, Terry M. Dunn, Sr., Sylvetta E. Fox, Walter W. Fox, Jr., the estate of Virginia R. Garcia, John P. Garcia, Sr., Karen M. Rainville, Dennis A. Rainville, Jane M. Hillabrant, Elise Lombardo, Mary J. Jiron, Randall Jiron, Martina Ortiz, Sherry D. Byes, Donna L. Oliver, Paul Oliver, Priscilla R. Bradley, Stella L. Thot, and Kymberlye R. Yeichner are each entitled to $2,500,000 in solatium damages and $2,500,000 in punitive damages;

- Plaintiff parents Jane F. Boyle, David J. Ackley, Sr., and Donald Stidham are each entitled to $1,875,000 in solatium damages and $1,875,000 in punitive damages;

- Plaintiff children Christina L. Mattingly, Mackenzie E. Capogna, Kyle T. Capogna, Dallas T. Croft, Andrew K. Croft, Molly A. Dobos, Erika L. Rust, Kasey D. Phillips, Haley I. Dobos, Alyxandra L. Doggett, Markie B. Dunn, Kimberly J. Jiron, Randall R. Jiron, Kiana K. Kaalekahi, David W. Long, Jr., Kayla K. Kasten, and Kelsie E. O'Toole are each entitled to $1,500,000 in solatium damages and $1,500,000 in punitive damages;

- Plaintiff sibling Chaunda E. Brooks is entitled to $2,500,000 in solatium damages and $2,500,000 in punitive damages;

- Plaintiff siblings Scott H. Ackley, Sherry A. Bessette, and Aleatha C. Harris are each entitled to $625,000 in solatium damages and $625,000 in punitive damages;

- Plaintiff siblings Abraham F. Ayala, Mariah C. Ayala, Shondrea R. Bedgood, Corey L. Bedgood, Marshall L. Beneway, Barbara A. Crocco, Carol Bruns-Beneway Smith, Ingrid

K. Simpson, Chad N. Capogna, Justin A. Capogna, Olivia R. Capogna, Lana L. Coleman-Wiggins, Demetrius Coleman, Charlie E. Coleman, Cornelius Coleman, Brett M. Dick, Cory P. Dick, Tina M. Judge, Brenda J. French, Dena J. DeJoe, Sandra L. Skinner, Hope M. Gambill, Michael Garcia, Lisa M. Glenn, Adrienne L. Fulton, Stephen R. Hillabrant, Teresa Ferguson, Cindy Houston, Patricia Houston, Henry Houston, Nathan Houston, Adrian M. Jiron, Alvin G. Jiron, Carol M. Lewis, Matthew L. Jiron, Christopher M. Johnson, Amy P. Hall, Michael D. Weimer, and Robert B. Yeichner are each entitled to $1,250,000 in solatium damages and $1,250,000 in punitive damages; it is further

**ORDERED** that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to defendants; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED**

Date: August 12, 2022

*This is a final and appealable Order.*

_____
BERYL A. HOWELL
Chief Judge