THE LAW OFFICE OF
# JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD, SUITE 303, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330
jambush@ambushlaw.com

September 28, 2022

Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Via electronic filing & hand delivery*

   Re: *Ackley et al., v. Islamic Republic of Iran*
     Civil Action No. 1:20-cv-621-BAH
     Request for Service of Default Judgment on Defendant Islamic Republic of Iran
     Pursuant to 28 U.S.C. § 1608(a)(3)

Dear Ms. Caesar:

  In connection with the above-captioned case, and pursuant to 28 U.S.C. § 1608(e), I am writing to request service by the Clerk of the Court of the default judgment entered in this case, pursuant to 28 U.S.C. § 1608(a)(3), on defendant the Islamic Republic of Iran.

  For purposes of service, the above-named defendant is considered the "foreign state" under 28 U.S.C. §1608(a).

  This case was brought under 28 U.S.C. § 1605A against the defendant for material support of terrorism in the Khobar Towers bombing in Saudi Arabia. Because this case is governed by the Foreign Sovereign Immunities Act, service of the default judgment must be made by attempting those methods listed in 28 U.S.C. § 1608(a)(1)-(4) in the order that they are listed in the statute. Service on Iran cannot be made pursuant to subsections (a)(1) or (a)(2) of Section 1608 because Iran has not entered into any special agreement regarding service with plaintiffs and because Iran is not a signatory to any applicable international agreement regarding service.

  Please find enclosed the following sets of documents, ready for service upon defendant:

1) A copy of the Order of Default Judgment entered by the court on August 12, 2022, and a certified translation of the Order of Default Judgment into Farsi.
2) A copy of the Memorandum Opinion issued by the Court on August 12, 2022, and a certified copy of the Memorandum Opinion into Farsi.
3) A copy of the Notice of Default Judgment, and a certified copy of the Notice of Default Judgment translated into Farsi.

  Sections 1608(a)(3) and 1608(e) of the FSIA requires a copy of the default judgment to be sent, with translations of each into the official language of the foreign state, by any form of mail

requiring a signed receipt, to be addressed and dispatched by the Clerk of the Court to the head of the ministry of foreign affairs of the foreign state.

Please effect service through FedEx, using the enclosed preprinted FedEx waybill, to send the copies to the defendant. Please send the package to the defendant at the following address:

> Hossein Amir-Abdollahian, Minister of Foreign Affairs
> Islamic Republic of Iran
> Ministry of Foreign Affairs
> Imam Khomeini Street
> Imam Khomeini Square
> Tehran, Iran 1136914811

Thank you for your assistance in this matter. Please do not hesitate to contact me with any questions.

Sincerely,

Joshua M. Ambush

JMA/kc
Enclosures

2