# FedEx Express — International Air Waybill

For FedEx services worldwide. Packages up to 150 lbs. (68 kg), excluding dangerous goods.
Not all services and options are available to all destinations.

/0004/0050/0013729062/0   **Sender's Copy**

## 1 From  *Please print and press hard.*

Date: _____   Sender's FedEx Account Number: [redacted]

Sender's Name: JOSHUA AMBUSH   Phone: 410 484-2070

Company: LAW OFFICES OF JOSHUA M. AMBUSH

Address: 106 OLD COURT RD STE 303

City: PIKESVILLE   State/Province: MD

Country: US   ZIP/Postal Code: 212084076

Email Address:

Internal Billing Reference:

## 2 To

The Honorable Hossein
Recipient's Name: Amir-Abdollahian
Minister of Foreign Affairs

Company:

Address: Islamic Republic of Iran — Ministry of Foreign Affairs

Address: Imam Khomeini Street

City: Imam Khomeini Square   State/Province: TEHRAN

Country: IRAN   ZIP/Postal Code: 11369-14811

Email Address:

Recipient's Tax ID Number for Customs Purposes:

☐ Residential Delivery

## 3 Shipment Information

Total Packages: 1   Total Weight: ___ lbs/kg   DIM: ___ × ___ × ___ in/cm

Commodity Description (DETAIL REQUIRED. PRINT IN ENGLISH): documents

Has EEI been filed in AES?
☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number: _____
☐ Yes — Enter AES proof of filing citation:

---

**The service order has changed in Section 4.**
**Signature options have been added to Section 6.**

For Completion Instructions, and details on services and options, see back of fifth page.

FedEx Tracking Number: 8160 2717 0990   Form ID No. 0402

## 4 Express Package Service
NOTE: Service order has changed. Please select carefully.

☐ FedEx Intl. First   ☐ FedEx Intl. Priority   ☒ FedEx Intl. Economy

## 5 Packaging

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☐ FedEx 10kg Box   ☐ FedEx 25kg Box   ☐ Other

## 6 Special Handling and Delivery Signature Options

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

☐ Direct Signature   ☒ Indirect Signature

## 7 Payment

Bill transportation charges to:
☒ Sender (Acct. No. in Section 1 will be billed)   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque

FedEx Acct. No.: _____
Credit Card No.: _____
Credit Card Exp. Date: _____

Bill duties and taxes to:
☐ Sender   ☐ Recipient   ☐ Third Party

FedEx Acct. No.: _____

## 8 Required Signature

Sender's Signature: *[signed] Joshua M. Ambush*

662

PART 158409 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. • Non-Negotiable International Air Waybill

Package label barcode: 8160 2717 0990