Sender's Copy

/0804/0850/001372996279

# FedEx Express — International Air Waybill

For FedEx services worldwide. Packages up to 150 lbs. (68 kg), excluding dangerous goods.
Not all services and options are available to all destinations.

Sender's FedEx
Account Number

**1  From**  *Please print and press hard.*

Date

Sender's Name  JOSHUA AMBUSH  Phone  410 484-2070

Company  LAW OFFICES OF JOSHUA M. AMBUSH

Address  106 OLD COURT RD STE 303

City  PIKESVILLE  State/Province  MD

Country  US  ZIP/Postal Code  21208407b

Internal Billing Reference

**2  To**  The Honorable Hossein

Recipient's Name  Amir-Abdollahian

Minister of Foreign Affairs

I-slamic Republic of Iran - Ministry of foreign Affairs

Address  Imam khomeini Street

City  Imam khomeini Square  State/Province  TEHRAN

Country  IRAN  ZIP/Postal Code  11369-14811

Recipient's Tax ID Number for Customs Purposes

**3  Shipment Information**

Total Packages  Total Weight  ___ lbs ___ kg  DIM ___ x ___ x ___ ☐ in ☐ cm

Commodity Description  DETAIL REQUIRED. PRINT IN ENGLISH.

documents

Has EEI been filed in AES? ☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.  ☐ No EEI required, enter exemption number: ___  ☐ Yes – Enter AES proof of filing citation:

| Harmonized Code | Country of Manufacture | Value for Customs | Total Declared Value for Carriage | Total Value (Specify Currency) |
|---|---|---|---|---|

**The service order has changed in Section 4.
Signature options have been added to Section 6.**
For Completion Instructions and details on services and options, see back of fifth page.

FedEx Tracking Number  8160 2717 0990   Form ID No.  0402

**4  Express Package Service**

NOTE: Service order has changed. Please select carefully.

☐ FedEx Intl. First   ☐ FedEx Intl. Priority   ☑ FedEx Intl. Economy

**5  Packaging**

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☐ FedEx 10kg Box   ☐ FedEx 25kg Box   ☐ Other

**6  Special Handling and Delivery Signature Options**  Fees may apply. See the FedEx Service Guide.

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

☐ Direct Signature   ☐ Indirect Signature
Someone at recipient's address may sign for delivery.

**7  Payment**  Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:

☑ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Cheque
Acct No./Section 1 will be billed.                                   Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct No.

Credit Card No.

Credit Card Exp. Date

Bill duties and taxes to:

☐ Sender   ☐ Recipient   ☐ Third Party
Acct No./Section 1 will be billed.        Enter FedEx Acct. No. below.

FedEx Acct No.

**8  Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:  *[signature]*

**For questions or to ship and track packages, go to fedex.com.**
Or in the U.S. call 1.800.GoFedEx 1.800.463.3339
Terms and conditions of service may vary from country to country.
For a full version of the Conditions of Contract, go to fedex.com.

PART 150405 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. • Non-Negotiable International Air Waybill

---

PACKAGE LABEL  816027170990

COMMERCIAL INVOICE LABEL  816027170990

DELIVERY RECORD LABEL  816027170990

DELIVERY REATTEMPT LABEL  816027170990